**UNITED STATES COURT OF APPEALS**
FOR THE SECOND CIRCUIT
UNITED STATES COURT HOUSE
40 FOLEY SQUARE
NEW YORK  10007

*CTDC/nhct*
*00-cv-817*
*Hall*

ROSEANN B. MACKECHNIE
    CLERK


                              DATE: July 9, 2001

Re: Day v. Armstrong

Docket Number: 01-29

Dear Clerk of the Court,

An order has been entered by this court recalling and staying the mandate reissuance of the mandate of this court in the above-entitled case.

The mandate was issued to your office on 5/3/01.


Please return the mandate to me so that I may hold it pursuant to the court's order.

I enclosed herein a certified copy of the above-mentioned order for your files.

                              ROSEANN B. MACKECHNIE, Clerk

                              By: _____
                              Geralyn Santos
                              Deputy Clerk, USCA

11/99  JAG
       SKUNder

(5/3/01)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

Each motion must be accompanied by a supporting affidavit with statement of issues. (Local Rule 27(b))
Include brief statement of facts with page references to the moving papers.

JASON DAY - Appellant

v.

John Armstrong Et, al.
                    Appellees.

Use short title

01-0029 #

~~Jul~~ Docket Number

MOTION INFORMATION FORM

FILED
MAY 18 2001
Roseann B. MacKechnie, CLERK
UNITED STATES COURT OF APPEALS
SECOND CIRCUIT

Motion for  TO STAY MANDATE 5/3/01

MOTION BY: (Name, address and tel. no. of law firm
and of attorney in charge of case)
JASON M. DAY. APPELLANT ProSe.
NorthERN Connectional Inst
287 Bilton RD. Somers Ct. 06071
Has consent of opposing counsel:

A. been sought?                    ☑ Yes ☐ No
B. been obtained?                  ☐ Yes ☑ No

Has service been effected?         ☑ Yes ☐ No
Is oral argument desired?          ☐ Yes ☑ No
(Substantive motions only)

Requested return date:  A.S.A.P. *
(See Second Circuit Rule 27(b).)
Has argument date of appeal been set:
A. by scheduling order?            ☐ Yes ☑ No
B. by firm date/argument notice?   ☐ Yes ☑ No
C. If yes, enter date:_____

Judge or agency whose order is being appealed:

OPPOSING COUNSEL: (Name, address and tel. no.
of law firm and attorney in charge of case)
Mr. Richard Blumenthal. Conn Atty General
110 Sherman St. Hartford Ct
                                  06105

EMERGENCY MOTIONS, MOTIONS FOR STAYS AND
INJUNCTIONS PENDING APPEAL

Has request for relief been made below?
(See F.R.A.P. Rule 8.)                      ☐ Yes ☐ No

Any previous request for similar relief
made to the 2nd Circuit?                    ☐ Yes ☑ No

Would expedited appeal eliminate need
for this motion?
If no, explain why not:  Dismissed!         ☐ Yes ☑ No

Will the parties agree to maintain the status quo
until the motion is heard?                  ☑ Yes ☐ No

Conn. Holly Fitzsimmons/HMIJ.

Brief statement of the relief requested:
I would Like mandate
Stayed Until writ Decided U.S. Supreme

By: (Signature of Attorney)
signed name must be printed beneath.
Mr. JASON M. DAY - 105746#
Jason m. Day Pro Se

JASON M. Day - Pro Se

Appearing for: (Name of Party)

Appellant or Petitioner:  ☑ Plaintiff ☐ Defendant

## ORDER

Before: Hon. Jon O. Newman, Hon. José A. Cabranes, C.JJ., Hon. Stef_____

IT IS HEREBY ORDERED that the motion be and it hereby is GRANTED CERTIFIED:  7/6/01

FILED
JUL 6 2001
Roseann B. MacKechnie, CLERK
UNITED STATES COURT OF APPEALS
SECOND CIRCUIT

FOR THE COURT:
Roseann B. MacKechnie, Clerk
by: _____
Arthur M. Heller
Administrative Attorney

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
DEPUTY CLERK

* The Honorable Stefan R. Underhill, United States District Court for the District of Connecticut, sitting by designation.